UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRENCE LEE | CIVIL ACTION NO. 09-276-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, noting the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS HEREBY ORDERED** that the Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional convictions and sentences be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met. **IT IS ORDERED** that Plaintiff's civil rights claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. **IT IS ORDERED** that Plaintiff's remaining civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend/Correct Amended Complaint (Record Document 14) is hereby **DENIED**. This Court is barred from considering claims under 42 U.S.C. § 1983 that directly or indirectly challenge the constitutionality of the state conviction or sentencing decision. Should Plaintiff wish to challenge his incarceration as a violation of the Constitution or laws of the United States, he must pursue his claim through an application for writ of habeas corpus under 28 U.S.C.

§ 2254.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 25 day of September, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE